FORM B6F (12/03) West Group, Rochester, NY

In re **Monroy, Hugo Alberto** _____ / Debtor    Case No. _____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8568<br>Creditor # : 1<br>Cerritos Isuzu & Daewoo<br>c/o Pacific Credit Exchange<br>15760 Ventura Blvd Suite A-11<br>Encino CA 91436 | | | 04/01<br>Collection Account | | | | $ 2,013.00 |
| Account No: 3341<br>Creditor # : 2<br>CIG Financial<br>P.O. BOX 19795<br>Irvine CA 92623 | | | 04/04<br>Personal Loan | | | | $ 5,400.00 |
| Account No: 3243<br>Creditor # : 3<br>Community Commerce Bank<br>5444 E. Olympic Blvd<br>Los Angeles CA 90022 | | | 08/01<br>Vehicle Repossessed | | | | $ 6,327.00 |
| Account No: 3243<br>Representing:<br>Community Commerce Bank | | | Paris & Paris, LLP Paris Law B<br>424 Pico Bulevard<br>Santa Monica CA 90405 | | | | |

3 continuation sheets attached

Subtotal $ (Total of this page)    13,740.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Monroy, Hugo Alberto_ / Debtor        Case No. _____
                                                        (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 1755<br>Creditor # : 4<br>ConexOne Wireless Communicatio<br>PO BOX 51383<br>Los Angeles CA 90051 | | 06/00<br>Cellular Contract | | | | $ 328.00 |
| Account No: 1755<br>Representing:<br>ConexOne Wireless Communicatio | | Progressive Mgmt Sys<br>P.O. BOX 2220<br>West Covina CA 91793 | | | | |
| Account No: 8012<br>Creditor # : 5<br>Dearden's<br>700 S. Main Street<br>LOS ANGELES CA 90014 | | 06/00<br>Consumer Purchases | | | | $ 445.00 |
| Account No: 8012<br>Representing:<br>Dearden's | | Dearden's Corp.<br>700 S. Main St.<br>Los Angeles CA 90014 | | | | |
| Account No: 8012<br>Representing:<br>Dearden's | | Sheriff's Deparment<br>Los Angeles County<br>12720 Norwalk Blvd., Room 108<br>Norwalk CA 90650 | | | | |
| Account No: 5477<br>Creditor # : 6<br>First National Bank of Marin<br>P.O. BOX 80015<br>Los Angeles CA 90080 | | 03/02<br>Credit Card Purchases | | | | $ 445.00 |

Sheet No. _1_ of _3_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  1,218.00
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Monroy, Hugo Alberto_ / Debtor        Case No. _____ (if known)

## SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 5477  Representing: First National Bank of Marin | | CCB Credit Services, Inc. PO BOX 272 Springfield IL 62705 | | | | |
| Account No: 9A46  Creditor # : 7  Ford Credit Inc. P.O. BOX 7289 Pasadena CA 91109 | | 06/01 Vehicle Repossessed | | | | $ 10,619.00 |
| Account No: 9183  Creditor # : 8  Pacific Bell Payment Center Van Nuys CA 91388 | | 02/01 Utility Bills | | | | $ 133.00 |
| Account No: 9183  Representing: Pacific Bell | | American Agencies P.O. BOX 2158 W. 190TH Torrance CA 90509 | | | | |
| Account No: 3141  Creditor # : 9  Planet Insurance Agency c/o Transworld Systems Inc. 6355 Topanga Cyn Bvd., Ste 250 Woodland Hills CA 91367 | | 08/01 Collection Account | | | | $ 176.00 |
| Account No: 8793  Creditor # : 10  Providian Financial PO BOX 9180 Pleasanton CA 94566 | | 06/00 Charge off | | | | $ 1,572.00 |

Sheet No. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)  12,500.00

Total $ (Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Monroy, Hugo Alberto_ / Debtor         Case No._____
(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 9368<br>Creditor # : 11<br>Robinsons May<br>P.O. BOX 52097<br>Phoenix AZ 85072 | | 10/01<br>Consumer Purchases | | | | $ 703.00 |
| Account No: 8871<br>Creditor # : 12<br>The Infinity Group<br>c/o Credit Processing Center<br>PO BOX 9126<br>Boston MA 02205 | | 09/01<br>Collection Account | | | | $ 35.00 |
| Account No: 9553<br>Creditor # : 13<br>Wells Fargo<br>9533 Valley Blvd., Ste C1<br>Rosemead CA  91770 | | 1999<br>Checking account balance | | | | $ 180.00 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No.  3  of  3  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)     918.00
Total $ (Report total also on Summary of Schedules)     28,376.00